UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

SHERI SWAISGOOD,

    Plaintiff,

-vs-                                                NO. 4:20-CV-00240-JMS-DML

HIGHPOINT HEALTH,

    Defendant.

## **STIPULATION OF DISMISSAL**

All matters in controversy having been compromised between Plaintiff, Sheri Swaisgood, and Defendant, Highpoint Health, it is hereby stipulated that this matter is dismissed, with prejudice to future action. Parties to bear their own court costs.

                                                        Respectfully submitted,

                                                        RENDIGS, FRY, KIELY & DENNIS, LLP

                                                        ***/s/ Felix J. Gora***
                                                        Felix J. Gora (0009970)
                                                        FJG@rendigs.com
                                                        600 Vine Street, Suite 2650
                                                        Cincinnati, Ohio 45202
                                                       Phone:  513 381 9200 | Fax:  513 381 9206
                                                       *Counsel for Defendant*


                                                        ***/s/ Brian J. Butler***
                                                       Brian J. Butler
                                                       MEZIBOV BUTLER
                                                       615 Elsinore Place, Suite 105
                                                       Cincinnati, Ohio 45202
                                                       bbutler@mezibov.com
                                                       *Attorney for Plaintiff*

2730573